**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEFFERY CHARELS ELMORE,
ADC #91418                                                                      PLAINTIFF

V.                                    5:09cv00297-SWW-JJV

MALISSA MOYE, *et al.*                                              DEFENDANTS

<u>**ORDER**</u>

The Court has received  proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 35) is hereby GRANTED, and Plaintiff's complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of August 2010.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE