**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JEFFERY CHARELS ELMORE,
ADC #91418                                                                                    PLAINTIFF

V.                                         5:09cv00297-SWW-JJV

MALISSA MOYE, *et al.*                                                           DEFENDANTS

### JUDGMENT

      Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be,  and it is hereby, DISMISSED with prejudice. The relief sought is

denied.

      IT IS SO ADJUDGED this 26th day of August 2010.

                      /s/Susan Webber Wright
                      UNITED STATES DISTRICT JUDGE